UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDA ISKANDARYAN,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No.: CV 07-07301 JC<br><br>JUDGMENT |

Pursuant to the parties' Stipulation and Dismissal without Prejudice and the Court's Order Dismissing Case without Prejudice:

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear his/her own costs and expenses including but not limited to attorney's fees.

DATED:     February 25, 2008

                                    /s/
                        Honorable Jacqueline Chooljian
                        UNITED STATES MAGISTRATE JUDGE